# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

JAMIE A. MYERS

## CRIMINAL COMPLAINT

CASE NUMBER: 3:07 - MJ - 87

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Count 1**: From in or about May 2007 through on or about July 12, 2007, in <u>Luzerne County</u>, in the <u>Middle District of Pennsylvania</u>, the defendant, *Jamie A. Myers,* used a facility and means of interstate and foreign commerce, to knowingly attempt to persuade, entice, and induce any individual who has not attained the age of 18 years, for the purpose of engaging in sexual acts as defined in Title 18, United States Code, Section 2246, and the sexual acts would be a violation of chapter 109A of Title 18, to wit, Title 18, United States Code, Section 2243(a), if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, in violation of <u>Title 18, United States Code, Section 2422(b)</u>.

I further state that I am a <u>Task Force Officer with the Federal Bureau of Investigation,</u> and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   X  Yes  ___ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

__7/13/07_____ at     <u>Scranton, Pennsylvania</u>
Date                                                                         City and State

<u>Thomas M. Blewitt, U.S. Magistrate Judge</u>      _____
Name and Title of Judicial Officer                                Signature of Judicial Officer